# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2014

Lyle W. Cayce
Clerk

No. 13-41123

UNITED STATES OF AMERICA,

> Plaintiff - Appellee

v.

WILVER RENE ROBLES-GALVAN,

> Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:13-CR-371-1

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM:*

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. We conclude that the district court did not clearly err in finding that Robles-Galvan's possession of firearms and ammunition "had the potential of facilitating" his commission of the offense of illegal reentry. *See* U.S.S.G. § 2K2.1 cmt. n.14(A). The district

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-41123

court's enhancement of Robles-Galvan's sentence under section 2K2.1(b)(6)(B) of the Sentencing Guidelines is, therefore,

AFFIRMED.